**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BLACK HALL, LLC and ) <br> BLACK HALL AEROSPACE, INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HOLLAND & KNIGHT, LLP. ) <br> ) <br> Defendants. ) <br> ) | Case Number 1:18-MC-00004 (CKK) |

**HOLLAND & KNIGHT LLP'S RESPONSE TO MOTION TO COMPEL**
**BY BLACK HALL, LLC, AND BLACK HALL AEROSPACE, INC. AND REQUEST**
**FOR TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ALABAMA PURSUANT TO FED. R. CIV. P. 45(f)**

Pursuant to Federal Rule of Civil Procedure 45(f), Holland & Knight LLP ("Holland & Knight"), through undersigned counsel, respectfully requests that this Court transfer to the United States District Court for the Northern District of Alabama ("NDAL") a Motion to Compel (Dkt. at 4) filed by Black Hall, LLC, and Black Hall Aerospace, Inc. (collectively "Black Hall"), seeking an order compelling Holland & Knight to produce documents related to a lawsuit between Black Hall and former Holland & Knight clients AAL USA, Inc., and AAL Group, Ltd. (collectively "AAL") that is pending in NDAL.

Black Hall and AAL are engaged in litigation in the NDAL involving a business contract dispute (NDAL Case Nos. 2:16-cv-02090 and 2:17-cv-00399 (KOB)). Black Hall issued a Subpoena to Holland & Knight through NDAL on November 17, 2017, seeking documents and communications related to Holland & Knight's representation of AAL. Black Hall is now asking this Court to compel Holland & Knight's compliance with that subpoena because the

offices of the Holland & Knight attorneys who represented AAL, and many of their records, are located in the District of Columbia. Meanwhile, AAL filed a Motion to Quash or Modify Black Hall's subpoena in NDAL (2:16-cv-02090 Dkt. at 232 attached as Ex. A). In its opposition (2:16-cv-02090 Dkt. at 235 attached as Ex. B), Black Hall argued, among other things, that AAL should have filed its Motion to Quash in the United States District Court for the District of Columbia, where the subpoena was issued, pursuant to Fed. R. Civ. P. 45(d)(3)(A). In that pleading, Black Hall stated as follows:

> Black Hall filed its Motion to Compel in the District of Columbia pursuant to Rule 45, which takes into consideration that Holland & Knight and the attorneys who signed the affidavit in question are located in the District of Columbia. Black Hall recognizes that this Court, with its knowledge of the complete case, ultimately may be best-suited to decide the Motion to Compel. If Holland & Knight consents or the District of Columbia District Court approves, Black Hall will not object to transferring its Motion to Compel to this Court under Rule 45(f). This will remove any questions concerning jurisdiction over Holland & Knight for these purposes. At this stage, however, Black Hall simply requests that this Court deny AAL USA's Motion to Quash so that only one proceeding regarding the enforceability of its subpoena to Holland & Knight is pending.

(Ex. B at p. 8).

Noting that it lacked authority under Rule 45 to quash a subpoena requiring compliance in Washington, D.C., the NDAL Court denied AAL's Motion to Quash on January 29, 2018 (2:16-cv-02090 Dkt. at 245 attached as Ex. C).

Holland & Knight agrees with Black Hall that the NDAL Court is best suited to consider Black Hall's Motion because of its knowledge of the case. Holland & Knight therefore consents to the transfer of Black Hall's Motion to Compel to the NDAL and respectfully requests that this Court approve that transfer pursuant to Fed. R. Civ. P. 45(f).

Dated:  January 30, 2018                    Respectfully submitted,

   /s/ Philip T. Evans
Philip T. Evans (D.C. Bar #441735)
Holland & Knight LLP
800 17th Street, N.W.
Suite 1100
Washington, D.C. 20006
202-457-7043 (phone)
202-955-5564 (fax)
Philip.evans@hklaw.com


   /s/ John S. Irving, IV
John S. Irving, IV (D.C. Bar #460068)
Holland & Knight LLP
800 17th Street, N.W.
Suite 1100
Washington, D.C. 20006
202-457-7842 (phone)
202-955-5564 (fax)
John.irving@hklaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Entry of Appearance was served on the following via transmission of Notices of Electronic Filing generated by CM-ECF this 30th day of January, 2018:

        /s/ Philip T. Evans
        Philip T. Evans